No. 393.  PHOENIX ASSURANCE CO. OF NEW YORK *v.*
CITY OF BUCKNER, MISSOURI, ET AL.  Motion of respond-
ent City of Buckner to assess damages and petition for
writ of certiorari to the United States Court of Appeals
for the Eighth Circuit denied.  *Rodger J. Walsh* for peti-
tioner.  *Clay C. Rogers* for the City of Buckner, and
*Solicitor General Cox, Acting Assistant Attorney General
Guilfoyle* and *Alan S. Rosenthal* for the Housing & Home
Finance Administrator, respondents. ▮

No. 394.  COMMISSIONER OF INTERNAL REVENUE *v.*
KUNTZ, EXECUTRIX.  Motion to dispense with printing
response to petition for writ of certiorari granted.  Peti-
tion for writ of certiorari to the United States Court of
Appeals for the Sixth Circuit denied.  THE CHIEF JUS-
TICE is of the opinion that certiorari should be granted.
*Solicitor General Cox, Assistant Attorney General Ober-
dorfer* and *Wayne G. Barnett* for petitioner.  Respondent
*pro se.* ▮

No. 395.  COMMISSIONER OF INTERNAL REVENUE *v.*
ESTATE OF OLSEN ET AL.  C. A. 8th Cir.  Certiorari denied.
THE CHIEF JUSTICE is of the opinion that certiorari
should be granted.  *Solicitor General Cox, Assistant
Attorney General Oberdorfer* and *Wayne G. Barnett* for
petitioner.  *Leland W. Scott* for respondents. ▮

No. 396.  UNITED STATES *v.* FRANKEL, EXECUTRIX.
C. A. 8th Cir.  Certiorari denied.  THE CHIEF JUSTICE
is of the opinion that certiorari should be granted.
*Solicitor General Cox, Assistant Attorney General Ober-
dorfer* and *Wayne G. Barnett* for the United States.
*J. M. George* for respondent. ▮